UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MALACH DAWAD-BEY, )
)
    Plaintiff, )
)
v. ) No. 4:10CV2340 SNLJ
)
MOLINE ACRES POLICE )
DEPARTMENT, et al., )
)
    Defendants. )

## ORDER

This matter is before the Court upon its own motion. On December 15, 2010, the Court ordered plaintiff to submit a proper financial affidavit as required by 28 U.S.C. § 1915(a). On December 27, 2010, plaintiff notified the Court that he would not comply with the Court's order. As a result, the Court will dismiss this action under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a court order.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

An Order of Dismissal will accompany this Order.

Dated this 3rd day of January, 2011.

                              STEPHEN N. LIMBAUGH, JR.
                              UNITED STATES DISTRICT JUDGE